## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA EDWARDS** | : **CIVIL ACTION** |
| | : |
| v. | : |
| | : **NO. 17-5260** |
| **MONUMENTAL LIFE INSURANCE** | : |
| **COMPANY** | : |

## ORDER

**AND NOW**, this 11th day of December 2017, upon considering Defendant's Motion to Dismiss Count II (ECF Doc. No. 3), Plaintiff's Response (ECF Doc. No. 5) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to Dismiss Count II (ECF Doc. No. 3) is **GRANTED** and Count II is dismissed without prejudice:

1.     Plaintiff is granted leave to file an amended complaint to state a claim under Pennsylvania's Unfair Trade Practices and Consumer Protection Law consistent with our accompanying Memorandum and Fed.R.Civ.P. 11 no later than **December 19, 2017**; and,

2.     Absent the timely filing of an amended complaint under this Order, Defendant shall file an answer to the Complaint on or before **December 27, 2017**.

_____
**KEARNEY, J.**